# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| ANGEL RIOS-ROSA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | No. 1:23-cv-0118-SNLJ |
| LORAINE ARMSTRONG, | ) ) ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to proceed in forma pauperis on appeal. [ECF No. 10]. When the Court dismissed this action, it certified in writing that an appeal would not be taken in good faith. The motion will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis on appeal [ECF No. 10] is **DENIED**.

**IT IS FURTHER ORDERED** that the Court will not accept any additional filings in this closed action. Any further filings by plaintiff should be filed in the Eighth Circuit Court of Appeals.

Dated this 26th day of October, 2023.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE